# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO A. VALENCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>    Defendant. | Case No. 1:25-cv-00989-JLT-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 3)<br><br>**DECEMBER 30, 2025 DEADLINE** |

On October 1, 2025, the parties filed a notice of settlement, informing the Court that a settlement has been reached and that dispositional documents will be filed within 90 days. (ECF No. 3.) Accordingly, pursuant to the stipulation, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. Plaintiff shall file dispositional documents **no later than December 30, 2025**. Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated:   **October 2, 2025**

STANLEY A. BOONE
United States Magistrate Judge